1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE RIVERA; CARMEN                    No.  2:21-cv-00651-TLN-CKD
     MARTINEZ,
12                                            ORDER
                  Plaintiffs,
13
           v.
14
     CALIFORNIA COMMUNITY HOUSING
15   AGENCY, et al.,

16                Defendants.

17

18        On October 27, 2021, the magistrate judge filed findings and recommendations (ECF

19   No. 14), which were served on the Plaintiffs and which contained notice that any objections to the

20   findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 14.)  No

21   objections were filed.  Accordingly, the Court presumes that any findings of fact are correct.  *See*

22   *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of

23   law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th

24   Cir. 1983).

25        The Court has reviewed the applicable legal standards and, good cause appearing,

26   concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

27   IT IS HEREBY ORDERED that:

28       1.  The findings and recommendations (ECF No. 14) are ADOPTED IN FULL;

                                              1

2.  This action is DISMISSED without prejudice, for failure to effect timely service; and

3.  The Clerk of Court is directed to close this case.

**DATE:  November 29, 2021**

Troy L. Nunley
United States District Judge

2